**Order entered October 18, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00771-CV

### SAKINAH BAYNARD, Appellant

### V.

### BLUE MOUNTAIN TX LLC, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-21-02842-E**

### ORDER

The "civil cost bill"/"docket sheet" included in the clerk's record filed in this appeal on October 12, 2021 belongs to another trial court case. Accordingly, we **STRIKE** the record and **ORDER** Dallas County Clerk John F. Warren to file a corrected record no later than October 25, 2021.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE